**Mesa Police Department**

PUBLIC RECORDS REQUEST

(ASSIST - OTHER AGENCY)

## Narrative Text

**Type** Detective Narrative

**Subject** WALKTHROUGH INTERVIEWS

**Author** P18378 - BURKEY, M.  (18378)

**Related Date** Mar-28-2025 12:16

**CHANDLER POLICE OFFICER C. GRESSLEY #942 (WALKTHROUGH)**

**-LETHAL FORCE USE-**

### Present During Interview:

Interviewer - Detective Burkey (Mesa PD)

Interviewee - Officer Gressley (Chandler PD)

Attorney - Kathryn Baillie with Law Office of Michael Napier (Representing Officer Gressley)

Scene - Detective Rayburn (Mesa PD)

MCAO DCA - Ellen Dhal

### Assignment and History, Officer Gressley:

Chandler Police Employment:

4 months of service (Class #58 Mesa Police Academy Graduate, November 2024)

Prior Service:

3 years at Maricopa County Sheriff's Office (Detention Officer), Assigned 4th Avenue Jail

Current Assignment:

Chandler Police Patrol (Downtown Precinct). Officer in Training (OIT) Phase 5 of Field Training Program. Assigned at time of incident to Chandler Police Field Training Officer Townsend. Call-Sign 1P10.

Current Shift:

Tuesday through Friday, 0600-1600 hours.

Uniform:

Chandler Police patrol uniform, navy blue in color, ball cap with Chandler Police patch (front), shirt with Chandler Police patches on each shoulder, outer carrier ballistic vest marked with "Police" (front/back) with hard badge (front), duty belt, pants and boots.

Firearm Used During Incident:

Department issued Glock 17 Gen5 handgun, 9mm, SN - CCHM724

**Mesa Police Department**

**PUBLIC RECORDS REQUEST**

**(ASSIST - OTHER AGENCY)**

DR# ME 2025-61190

**Closed**

---

*It should be noted that Officer Gressley's shooting location is marked by a yellow cone and a green cone for where he stated the suspect was located when he fired his weapon for reference in crime scene photographs*

On 3-20-25 at approximately 1818 hours I conducted an audio recorded interview with Chandler Police Officer Gressley at the scene of the officer involved shooting (█████ ████████████████ Chandler, AZ). The recording has been downloaded to evidence.com, the following is a summary of the interview, refer to the recording for additional information **(250316_0289 (Officer Gressley Walkthrough).MP3).**

It should be noted that during the interview Officer Gressley was no longer wearing his outer carrier ballistic vest. Officer Gressley removed it and was placed into his patrol F150 after the incident occurred (photographed for reference).

I asked Officer Gressley how his shift started this day, he stated he and FTO (Field Training Officer) Townsend went to briefing, drove around, took a follow-up call for service in the lobby and just picked up lunch when the call for service at ████████████████████ was dispatched to them. Officer Gressley stated the call for service was dispatched as a "domestic".

Officer Gressley stated while enroute to the call, their RTOC (Real Time Operation Center) sent a message to their vehicle computer ensuring they were responding to █████ ███████████████ and not █████████████████ Pl. I asked Officer Gressley if he recalled receiving any additional information while enroute to the call. Officer Gressley stated he was reading the call comments while driving, which stated a younger black male was acting erratically, they believed he was possibly on drugs or was having mental health issues. Officer Gressley could not recall who called if it was the grandmother or mother of the male but stated he was outside the apartment. Officer Gressley stated this was all the info he could recall that he received prior to getting to ████████████████. I asked Officer Gressley if he had ever responded to or had contact with anyone at ███████████ Ave for other calls for service in the past, he stated he had not.

I asked Officer Gressley what was occurring or what he saw when they first arrived into the complex *(It should be noted there is only one entrance/exit into the complex, to enter you need to drive or head southbound, to exit you need to drive or head northbound to Commonwealth Ave)*. Officer Gressley stated he initially zoomed into the map on his vehicle computer as the dispatched apartment was █████ to figure out its exact location within the complex. Officer Gressley stated he observed a female standing in a doorway as they were rolling up. *(It should be noted that Officer Gressley was referring to the ████████████ at the south end of the █████████ in the complex)*. FTO Townsend at the same time pointed out to him something he did not initially notice, a younger black male lying on the grass which appeared to match the description of the subject they were looking for *(It should be noted that Officer Gressley was pointing to the grass area just east of the ███████████ in the complex).*

I asked Officer Gressley what occurred at that point and if they were still inside of their patrol vehicle, he stated they were still in their vehicle. I asked Officer Gressley if he would be comfortable moving up further to the area where the officer involved shooting occurred, he stated "I think so, my heart is racing, I can tell, but I think I'll be ok" *(It should be noted I observed Officer Gressley rubbing his arm at that time).*

---

# Mesa Police Department

## PUBLIC RECORDS REQUEST
### (ASSIST - OTHER AGENCY)

Officer Gressley was asked about the firearm he carries, he stated it was a 9mm Glock but could not recall the model number but that he has carried the same firearm since the academy. Officer Gressley was asked if that firearm was the only weapon he discharged during this incident, he stated it was. Officer Gressley stated he did not utilize any less lethal tools during this incident. Officer Gressley was asked if his firearm was still in the condition it was after the shooting occurred. Officer Gressley stated FTO Townsend told him to conduct a tactical magazine exchange after he fired his weapon. Officer Gressley explained after the shooting occurred he exchanged the magazine in the firearm with a full magazine from his inner most magazine pouch on his duty belt *(swapped)*. Officer Gressley stated Chandler Police download their (17) round magazines to (16).

*At this time Officer Gressley and those present move to the center parking lot area of ████ ███████████ where his patrol F150 is parked as well as an unmarked blue Chandler Police Ford Explorer and marked Chandler Police supervisor Chevrolet Tahoe*

I reiterated to Officer Gressley his previous statement when he observed the female at the door and observed the younger black male in the grass area if they had come to a parked position where the F150 was currently, he stated that was correct. Officer Gressley stated the younger black male got up from the grass area at some point and he and FTO Townsend exited their vehicle. Officer Gressley stated the female in the doorway of ████ was saying something but could not recall what as he was focused on the black male. Officer Gressley stated he began walking towards the direction of the black male as he got up and moved somewhat out of view on the concrete pathways of the ███████, eastside.

I asked Officer Gressley once he exited the patrol vehicle where he moved to as he began communicating with the black male. Officer Gressley stated he moved to just in front or near to the door of ████ *(pointed out to us)*. Officer Gressley stated he was able to regain visual of the black male at this position. Officer Gressley stated he could not recall if he stated, "Officer Gressley or Chandler Police," towards the black male but stated he made a verbal announcement towards him. Officer Gressley stated he moved further south towards the black male after that and attempted to further communicate with the black male. Officer Gressley stated it sounded like the black male acknowledged him but could not recall what the male stated verbatim. Officer Gressley stated the black male said something along the lines of, "Kill you" or "kill myself" but something to that effect as the male continued southbound in the grass/concrete pathways just east of the ███████.

*Officer Gressley stated he moved further south, walking us to the area near a palm tree and electrical box located directly south of ████ of the ███████ and bow in the roadway curbing.*

Officer Gressley stated from this location he was able to have a better view of the black male and the courtyard area just east of the ███████ consisting of the grass and concrete pathways. Officer Gressley stated the black male continued southbound and entered an open door *(Pointing to ████, which is located at the south end of the ███████)*. Officer



**Mesa Police Department**

**PUBLIC RECORDS REQUEST**

**(ASSIST - OTHER AGENCY)**

Gressley stated the black male was only inside the apartment for a moment and then reemerged outside. Officer Gressley stated the black male then started coming towards him and he eventually noticed as the male got closer had a knife in his hand. Officer Gressley stated the black male was holding the knife in his clenched hand up towards his chest. Officer Gressley stated he could tell it was a knife because he could see the "silver" color of what was sticking out in his hand. I asked Officer Gressley what the black male was doing at that point, he stated the male was walking towards him. Officer Gressley stated when the black male got midway through the grass area of the ▮▮▮▮▮▮▮▮ he could tell the male had a knife in his hand.

Officer Gressley stated the black male then walked east into the parking area to the east of the ▮▮▮▮▮▮▮▮. Officer Gressley stated the black male walked all the way east towards the parked vehicles located under the covered parking area there. Officer Gressley stated at that point he drew his duty handgun and gave a command to the black male of, "drop the knife". Officer Gressley stated he then started to back up northbound facing the black male. Officer Gressley stated he continued to back up and kept giving verbal commands to the black male *(It should be noted that Officer Gressley was becoming emotional, taking deep breaths while explaining what was happening).* I asked Officer Gressley if the black male was the same male they observed since they got on scene, he stated it was, describing him as shirtless wearing pants.

Officer Gressley stated as he continued to back up northbound while facing the black male he realized the male was moving faster towards him more quickly than he could back up. Officer Gressley stated he was losing space between himself and the black male. Officer Gressley stated, "he got so close to a point where I was fearing that he was just going to come get me with the knife instead" *(It should be noted that I had to pause briefly as Officer Gressley was emotional, had shaky breathing and would look down towards the ground holding back further physical emotions and stated "sorry").* I asked Officer Gressley what the black male was doing as he was progressing towards him, he stated he felt the male was "getting lower, not leaning but accelerating towards me" as Officer Gressley continued to back up. Officer Gressley stated, "I got to a point where I was so afraid with him coming at me and how he just wasn't listening to me, telling him stop, stop, drop the knife, that I shot". Officer Gressley stated he continued to back up towards the rear of his patrol vehicle as he saw the black male drop to the ground.

At this time, I asked Officer Gressley if he could show me where he stood when he discharged his firearm. Officer Gressley stated he recalled seeing FTO Townsend in his peripheral vision to his right (west) and standing near the very front passenger side of the engine of their F150 (south). I asked Officer Gressley if he could show me where the black male was when he discharged his firearm. Officer Gressley identified the black male was just south of where a pool of blood on the asphalt was located where the black male had gone down and was bleeding from his wounds *(north of the speed hump in the parking lot).*

*It should be noted, Detective Rayburn assisted Officer Gressley with this visual having Detective Rayburn move to the location he recalled FTO Townsend standing, where Officer Gressley was standing and where he observed the black male standing when he discharged his firearm.*

*Officer Gressley stood approximately feet away from the area of the F150 driver door which I*



---

*marked his position with a yellow cone. I also marked with a green cone where Officer Gressley felt the black male was when he discharged his firearm.*

I asked Officer Gressley why he decided to fire his weapon at the black male, he stated, "I was worried he was going to stab me." I asked Officer Gressley why he was worried the black male was going to stab him, he stated, "I had been trying to talk to him and get him to drop the knife, when I realized he had a knife in his hand and he just wasn't listening and he just kept coming at me and kept coming at me and I felt like I couldn't back up, I thought I was farther than this but I just couldn't back up anymore, I was afraid I was going to get stabbed before I was able to turn around and run or do anything else". I asked Officer Gressley if the black male still had the knife at the time, he stated the male did.

I asked Officer Gressley how many rounds he thought he fired at the black male, he stated approximately (3) rounds. Officer Gressley stated he remembered he fired his weapon, saw the black male fall to the ground and continued to back up towards the back of their F150. Officer Gressley stated he continued to give commands to the black male as he was on the ground to "drop the knife" due to the male still grasping the knife in his hand. Officer Gressley stated and moved with us, that he backed up to the rear of the F150 (north). Officer Gressley stated the black male was lying face down on the ground with his head towards the south still gripping the knife in his hand. Officer Gressley stated he stayed to the rear of the F150 and kept the black male at gunpoint while continuing verbal commands towards the black male.

Officer Gressley stated at that time Chandler Officer Meade pulled up (unmarked blue Ford Explorer). Officer Gressley stated, "at this point it kind of started hitting me what I just had to do and I started hyperventilating".  Officer Gressley stated FTO Townsend was telling him to focus on his breathing. Officer Gressley stated Officer Meade advised for both of them to move to the front passenger side of the F150 to where FTO Townsend was located. Officer Gressley moved with us to show where they then were standing.

Officer Gressley stated at that time, "this is where, I was kind of starting to have difficulty with the situation and he just kept telling me to breathe". Officer Gressley stated FTO Townsend told him to conduct a tactical magazine exchange with his handgun at that time. I again asked Officer Gressley how many rounds are in the handgun when he deploys with it, he stated the magazine capacity holds (17) but Chandler Police download the magazines by one making it (16) in the magazine and one in the chamber for a total of (17) rounds. Officer Gressley stated after he fired his handgun he exchanged the magazine in the handgun with the inner most magazine on his duty belt *(swapped).*

Officer Gressley stated that FTO Townsend at that point was forward most on the front passenger end of the F150, he was to the rear of FTO Townsend and Officer Meade was to the rear of Officer Gressley. Officer Gressley stated the three of them decided they were going to use a shield so that they could move up to the black male and render medical aid to him. I asked Officer Gressley why they decided to use a shield to move up to the black male, he stated, "It would protect, it's a barrier to stop whatever might happen." Officer Gressley stated he recalled seeing his sergeant pull up as well at this time. Officer Gressley stated, he, FTO Townsend, Officer Meade and their sergeant (Sgt. Rowton) moved up to the black male on the ground and pinned him to the ground with the shield to try and get the knife away from the male. Officer Gressley stated the black male still had the knife clutched in his right

hand as they did this. Officer Gressley stated he recalled grabbing control of the black male's wrist, pinning it to the asphalt and throwing the knife out from the male's hand. Officer Gressley stated they rolled the black male over at that time while handcuffing him as they began trying to render medical aid to him. *(It should be noted that Officer Gressley became emotional again, started to breathe hard, placed his hands on top of his head while looking down at the ground trying to hold back further emotions).*

This concluded my interview with Officer Gressley.

## CHANDLER POLICE OFFICER N. TOWNSEND #715 (WALKTHROUGH)

## -ATTEMPTED TO FIRE HANDGUN/MALFUNCTION OCCURRED-

**Present During Interview:**

Interviewer - Detective Burkey (Mesa PD)

Interviewee - Officer Townsend (Chandler PD)

Attorney - Kathryn Baillie with Law Office of Michael Napier (Representing Officer Townsend)

Scene - Detective Rayburn (Mesa PD)

**Assignment and History, Officer Townsend:**

Chandler Police Employment:

10 years of service

Prior Service:

10 years of service in United States Army, Military Police

Current Assignment:

Chandler Police Patrol (Main Station District). Field Training Officer. Call-Sign 1P10.

Current Shift:

Tuesday through Friday, 0600-1600 hours.

Uniform:

Chandler Police patrol uniform, navy blue in color, ball cap with Chandler Police patch (front), shirt with Chandler Police patches and FTO stripe on each shoulder, outer carrier ballistic vest marked with "Police" (front/back) with hard badge (front), duty belt, pants and boots.

Firearm Used During Incident:

Department issued Glock 17 Gen5 handgun, 9mm, SN - BLWW807

## Mesa Police Department

### PUBLIC RECORDS REQUEST
### (ASSIST - OTHER AGENCY)

---

*It should be noted that Officer Townsend's location where he stated he attempted to fire/heard gunshots is marked by a blue cone and a red cone for where he stated the suspect was located when he attempted to fire his weapon/heard gunshots for reference in crime scene photographs*

On 3-20-25 at approximately 1916 hours I conducted an audio recorded interview with Chandler Police Officer Townsend at the scene of the officer involved shooting ( ██████ ██████████████ Chandler, AZ). The recording has been downloaded to evidence.com, the following is a summary of the interview, refer to the recording for additional information **250316_0290 (Officer Townsend Walkthrough).MP3.**

I asked Officer Townsend how his shift started this day, he stated nothing of significance, routine. I asked Officer Townsend how they became involved with this incident today. Officer Townsend stated he and Officer Gressley decided at approximately 1200 hours they were going to go get lunch because he was getting a migraine. Officer Townsend stated they picked up food and walked back towards their patrol vehicle when they were dispatched the call for service via radio for a "domestic disturbance". Officer Townsend stated as they were driving to the call they received a CAD message, which he described as their computer within the patrol vehicle. Officer Townsend stated the message was sent from their Real Time Crime Center. Officer Townsend stated the personnel there advised them the correct address of the call for service was ████████████████████████ not ████████████████ Place due to dispatch initially addressing the call to ████████████████ Place.

Officer Townsend stated Officer Gressley showed him the message, stating he did not understand the message. Officer Townsend stated he explained to Officer Gressley that the Real Time Crime Center personnel were letting them know the correct address for the call was ████████████████████ .

Officer Townsend stated while they were enroute to the call he recalled radio traffic that informed them a black male was involved in the domestic. I asked Officer Townsend if he recalled any further information prior to their arrival, he stated he did not. Officer Townsend explained that Officer Gressley is his assigned Officer in Training (OIT) in Phase 5, which is his evaluation phase. Officer Townsend explained that his function is "hands-off" while evaluating if Officer Gressley can become a solo officer. Officer Townsend explained due to this, Officer Gressley had the computer within the patrol vehicle oriented towards him where he could not see the call comments associated with the call.

Officer Townsend stated that Officer Gressley turned into the complex at ██████ ████████████████ and proceeded southbound. Officer Townsend stated at some point he observed a black male lying on the ground in the grass area to the east of the ████████ in the complex. Officer Townsend stated the black male's head was facing towards the north. Officer Townsend stated their patrol F150 is exactly where it was when Officer Gressley parked the vehicle. I asked Officer Townsend if he would be comfortable moving up towards the scene and where the police vehicles were located, he stated that he was.

*At this time Officer Townsend and those present move to the center parking lot area of ████ ████████████ where his patrol F150 is parked as well as an unmarked blue Chandler Police Ford Explorer and marked Chandler Police supervisor Chevrolet Tahoe.*

---



**Mesa Police Department**

**PUBLIC RECORDS REQUEST**

**(ASSIST - OTHER AGENCY)**

GO# ME 2025-61190

Closed

I asked Officer Townsend what occurred once we were amongst the scene. Officer Townsend utilized his flashlight and stated the area where he was shining his light is where he observed the black male lying on the grass *(this was the grass area located just east of* ▌▌, ▌▌ ▌▌*).* Officer Townsend stated he and Officer Gressley are still within the patrol F150 as he initially noticed the black male. Officer Townsend stated he and Officer Gressley then exit the F150. Officer Townsend stated he heard Officer Gressley challenge the black male. Officer Townsend stated he could not recall what exactly Officer Gressley stated towards the black male but something like, "Officer Gressley" or "Chandler Police" but something that indicated Officer Gressley was a police officer. Officer Townsend stated he observed the black male's hands were up towards his sternum and chest area at that time. Officer Townsend stated after Officer Gressley challenged the black male, the black male got up and started running around. Officer Townsend stated the black male said something to the effect of "kill" but could not recall his exact words. Officer Townsend stated the black male ran southbound out of his view due to him being positioned on the passenger side of the F150 *(The F150 is parked north of the* ▌▌▌▌ *with the passenger side further to the west which would hinder view to the south and east side of that building's courtyard area).*

Officer Townsend stated he observed an elderly black female wearing a red shirt and dark shower cap at ▌▌, he stated he believed that was the black male's grandmother *(*▌▌ ▌▌*).* Officer Townsend stated he asked the elderly female what was going on today. Officer Townsend stated he stopped himself from inquiring further as he wanted Officer Gressley to figure the situation out on his own. Officer Townsend stated at that time he observed the black male now running across the parking lot and towards the covered parking area to the east of the ▌▌▌▌. Officer Townsend stated he was able to see that the black male at that time was holding a knife to his neck. Officer Townsend described the knife as having a silver in color blade with a black handle. Officer Townsend stated he voiced and advised dispatch over the radio that the black male had a knife. Officer Townsend stated both he and Officer Gressley challenged the black male to drop the knife.

Officer Townsend stated the black male then looked at him and then at Officer Gressley. Officer Townsend stated the black male, "locked into Officer Gressley," and started running towards Officer Gressley. Officer Townsend stated he believed Officer Gressley at that time was a little further ahead of their F150 *(south)* as the black male was running towards Officer Gressley. Officer Townsend stated the black male was running towards Officer Gressley with the knife still at his neck. Officer Townsend stated he drew his department issued Glock 17 Gen5 handgun at that time and pulled the trigger on the handgun, he stated nothing happened and the handgun did not discharge. I asked Officer Townsend at that time what made him draw his handgun, he stated he did not know what the black male's intentions were, he was failing to listen to police officers, he had a knife, was running towards Officer Gressley and believed that Officer Gressley was going to be stabbed or killed by the male. I asked Officer Gressley if he could show us where he was standing and where the black male was standing when he decided to attempt to fire his handgun.



*Officer Townsend stood approximately feet away from the front passenger side engine area of the F150 which I marked his position with a blue cone. I also marked with a red cone where Officer Townsend felt the black male was when he heard gunshots.*



**Mesa Police Department**

**PUBLIC RECORDS REQUEST**

**(ASSIST - OTHER AGENCY)**

Officer Townsend further described when he decided to pull the trigger on his firearm and when he recalled hearing gunshots. Officer Townsend stated he recalled looking at his backdrop, which consisted of the covered parking area and cinderblock wall to the east of the ▮▮▮▮▮▮ in the direction he pointed his handgun. Officer Townsend stated he then made the "conscience decision to pull the trigger" due to the black male running towards Officer Gressley, closing the distance between the two of them and observing Officer Gressley, "Back peddling, trying to get away from this guy". Officer Townsend reiterated that he truly felt the black male was going to stab or kill Officer Gressley at that time. I marked Officer Townsend's position with a blue cone. I asked Officer Townsend if he could identify the position of where he observed the black male when he heard gunshots, he directed us to just south of the pool of blood on the asphalt in the general area of where Officer Gressley stated the black male was when he fired upon him. I marked this location with a red cone.

Officer Townsend stated he believed Officer Gressley fired approximately (3) to (4) rounds at the black male. Officer Townsend stated the black male fell to the ground when Officer Gressley fired his handgun at him. Officer Townsend stated the black male was lying on the asphalt both chest and facedown, his head was oriented towards the south and he was still holding the knife in his right hand. Officer Townsend further described the knife in the black male's hand as being held by the handle straight up with the cutting edge facing to the south. Officer Townsend stated they were continuing to direct verbal commands towards the black male to drop the knife so that they could render medical aid to him.

I asked Officer Townsend more about what occurred when he attempted to fire his handgun *(It should be noted that Officer Townsend briefly became emotional catching his breath and stated he needed to regain his composer)*. Officer Townsend stated he pulled the trigger on his firearm and could not recall if it discharged but stated he was pulling the trigger hard and nothing was happening. Officer Townsend stated he then thought to himself, "I am letting my OIT get killed right now, this sucks". Officer Townsend stated Officer Gressley had not fired his weapon yet at that time. Officer Townsend stated he did not feel any recoil, did not see any change of movement from the black male and did not think he discharged his firearm then. Officer Townsend stated he took a breath, moved his optic from "center mass" on the black male up to his head and again pulled the trigger and nothing happened. Officer Townsend stated he felt the black male was now less than ten feet away from Officer Gressley. Officer Townsend stated that was when he saw that Officer Gressley began firing his weapon on the black male. Officer Townsend stated Officer Gressley was retreating to the rear of the F150 *(north)* and around to the passenger side of the F150 *(west)* and with him towards the front of the F150 *(south).*

Officer Townsend stated they moved to the front passenger engine side of the F150 for cover. Officer Townsend stated they continued giving commands to the black male as Officer Meade arrived on scene. Officer Townsend stated he advised he had lethal coverage but stated "which is stupid because my gun is not fucking working". Officer Townsend stated he told Officer Gressley to conduct a tactical magazine exchange and that he was ok. Officer Townsend stated that Sergeant Rowton arrived on scene and they decided they were going to move up on the black male with the shield, pin the male, remove the knife and render medical aid to him. Officer Townsend stated they moved up to the black male, pinned him to the ground with the shield and Officer Gressley removed the knife from the black male's hand throwing it away to the south. Officer Townsend stated that Officer Gressley rolled the



**PUBLIC RECORDS REQUEST**

**(ASSIST - OTHER AGENCY)**

black male over and Officer Gressley was getting covered in the black male's blood. Officer Townsend stated he handcuffed the black male and retrieved a medical pack to provide a chest seal to the male's chest wound. Officer Townsend stated he observed a gunshot wound at the sternum of the black male and placed a chest seal upon it. Officer Townsend stated they then removed the handcuffs from the black male and started CPR on him. Officer Townsend stated they continued CPR on the black male until Fire Department personnel arrived on scene and took over.

Officer Townsend stated that Sergeant Rowton told him Officer Gressley needed his assistance as Officer Gressley was emotional. Officer Townsend observed Officer Gressley was "really upset, crying, hysterical and covered in blood". Officer Townsend asked for someone to grab wipes so he could begin cleaning the blood off of Officer Gressley because Officer Gressley was "so hysterical and so upset and that he can't even look at the blood". I asked Officer Townsend about Officer Gressley's ballistic vest, he stated that it was removed from Officer Gressley as he was hyperventilating and emotional about what had just occurred.

I asked Officer Townsend about his firearm again and if it was in the same condition it was when he attempted to fire it. Officer Townsend stated after everything calmed down at the scene he realized that the slide of his handgun was partially locked open with no round in the chamber. Officer Townsend stated inside of his holster on the lip, just beneath the site optic was a live unspent round. At that time, I looked into Officer Townsend's holster and observed the live round as he described. Officer Townsend stated on his ride back to the scene the slide of his handgun had just gone back to its forward position. I asked Officer Townsend what he loads his firearm with he stated (17) in the magazine and (1) in the chamber and the additional magazines are loaded with (17) rounds.


This concluded my interview with Officer Townsend.


NFI.