

## Mesa Police Department

**PUBLIC RECORDS REQUEST**

**(ASSIST - OTHER AGENCY)**

---

## Narrative Text

**Type** Detective Narrative
**Author** P17220 - BENZON, M.  (17220)
**Related Date** Mar-26-2025 13:33

CALLOUT

On 03/20/25 I was working as detective assigned to the Mesa Police Department Homicide Unit. At about 1419 hours, Homicide Unit Sergeant Bailey requested my help with an EVCIRT due to a reported police use of force incident involving Chandler Police Department.

BRIEFING/ASSIGNMENTS

At about 1530 hours I attended a scene briefing from Sergeant Bailey and Chandler Police Department Homicide Detective Ynclan. Sergeant Bailey explained that Chandler Police received two 911 calls at about 1214 hours regarding a male (Decedent/Messiah Deasure-Shamyl McMillian- hereafter referred to as D/McMillian) threatening himself and others with a knife. Chandler PD Officer Gressley and Officer Townsend responded to the call at the apartment complex located at ███████████████████ ████ and were the first to arrive.  Officers gave D/McMillian commands to surrender but he refused. D/McMillian approached with the knife to the officers and an Officer Involved Shooting (OIS) occurred at about 1221 hours.

Tempe FD transported D/McMillian to Chandler Regional Hospital where he was pronounced deceased at 1258 hours.

Sergeant Bailey assigned Detective Burkey as the case agent, and Detective Rayburn the scene detective. Sergeant Bailey assigned me, Detective Johnson, and Detective Staab to contact and interview residents.

INTERVIEW WITH WITNESS/QUIANA KILLIAN

At 1633 hours I contacted Witness/Quiana Killian at her apartment at unit ████. Unit ████ is directly above ████ and both units are directly adjacent (East) to where the OIS occurred. W/Killian lives with her boyfriend but he was gone for the day when the OIS occurred. I audio recorded my conversation with W/Killian and later uploaded the conversation to evidence.com as digital audio evidence. Below is a summary of the statement from W/Killian. See the recording for complete details.

- I was looking out the window (facing south toward unit ████)and I saw him rolling on the ground and, you know, I didn't really think of nothing. I just thought he was just, you know, rolling on the ground for a minute.

- The guy, I don't know his name. All I know is Ms. Faye Grandson.

- Ms. Faye's, grandson's rolling on the ground.

---



## Mesa Police Department

### PUBLIC RECORDS REQUEST
### (ASSIST - OTHER AGENCY)

- I'm just in here just cooking and I heard him kind of like arguing, but I couldn't hear like what the arguing was about.

- I could see Ms. Faye Grandson knocking on ▮▮▮▮

- I didn't ever see Ms. Faye go un under me. But I did see her- she was trying to get rid of, you know, away from him.

- But then a few minutes passed and he was still out there talking loud or whatever. And I'm looking out the window and I see him run inside ▮▮▮▮ (his apartment).

- Then he came back out running with a knife.

- Ms. Faye is not outside at the time. She was downstairs (in unit ▮▮▮▮ with Jana Pennington).

- I could see the knife. Like a little kitchen knife. I saw him running and he went and, tried to open the door to unit ▮▮▮▮.

- They had the door locked so they wouldn't let him in.

- He was shouting, and then he just started stabbing himself, like in his, in the neck.

- About four times, maybe that fourth time he went in that way and fell to the ground in the grass in front of the bench in front of ▮▮▮▮.

- I called Jessica to see what was going on (▮▮▮▮).

- Jessica said he was high on something, and she wasn't opening the door. She said she was calling 911 and we hung up.

- The police showed up but W/Killian wasn't looking out the window.

- There was yelling (unintelligible) then shots.

- W/Killian walked out her front door and saw police yelling for him to drop the knife.

- Ms Fayes grandson was already down on the ground. He still had the knife in his hand.


 W/Killian did not see the OIS take place.