Ruben J. Aranda
CHANDLER CITY ATTORNEY'S OFFICE
P.O. Box 4008, MS602
Chandler, Arizona 85244-4008
Telephone (480) 782-4643
Facsimile (480) 782-4652
E-Mail: Ruben.Aranda@chandleraz.gov
Minute Entries: chandlercityattorney@chandleraz.gov
*Attorney for Defendants City of Chandler and Chandler Police Department (the "Chandler Defendants")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

KELLY VANESSA WOODS, individually and as representative of the Estate of Messiah Deasure-Shamyl McMillian,

Plaintiff,

v.

CITY OF CHANDLER, a municipal corporation; CHANDLER POLICE DEPARTMENT, a subdivision of the city of chandler; and DOES I-XX,

Defendants.

NO. CV-26-04095-PHX-JJT

**STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND EXTENSION OF TIME TO RESPOND**

**(Second Request)**

Honorable John J. Tuchi

Plaintiff Kelly Vanessa Woods ("Plaintiff") and Defendants City of Chandler and Chandler Police Department (collectively, the "Chandler Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, and respectfully request that the Court enter the proposed Order lodged concurrently herewith:

1. Plaintiff filed her Complaint (Doc. 1) in this action on June 10, 2026.

2. On June 12, 2026, the Court entered its Order (Doc. 5) requiring, among other things, compliance with LRCiv 12.1(c) prior to the filing of any motion to dismiss.

3. On July 6, 2026, counsel for the Chandler Defendants e-mailed Plaintiff's counsel a letter, pursuant to LRCiv 12.1(c) and the Court's June 12, 2026 Order (Doc. 5), identifying asserted factual and legal deficiencies in the Complaint (Doc. 1) and providing notice of the Chandler Defendants' intent to file a motion to dismiss.

4. The Chandler Defendants' current deadline to answer or otherwise respond to the Complaint (Doc. 1) is August 3, 2026. (Doc. 10.)

5. On July 28, 2026, counsel for the Parties met and conferred telephonically, pursuant to LRCiv 12.1(c), regarding the asserted deficiencies in the Complaint (Doc. 1). Following that conference, Plaintiff intends to file a First Amended Complaint to cure the defects raised by the Chandler Defendants.

6. Chandler Defendants, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, consent in writing to the filing of a First Amended Complaint by Plaintiff.

7. The Parties further stipulate and agree that the Chandler Defendants shall not be required to answer or otherwise respond to the Complaint (Doc. 1), and that Plaintiff will not request entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure based on the Chandler Defendants failure to answer or otherwise respond to the Complaint (Doc. 1).

8. The Parties further stipulate and agree that the Chandler Defendants shall answer or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure to the First Amended Complaint within thirty (30) days after service of the First Amended Complaint.

This Stipulation is entered into in good faith and not for purposes of undue delay,

and no party will be prejudiced by the relief requested herein.

DATED this 29th day of July 2026.

CHANDLER CITY ATTORNEY'S OFFICE

By: */s/ Ruben J. Aranda*
Ruben J. Aranda
Assistant City Attorney
P.O. Box 4008, MS602
Chandler, Arizona 85244-4008
*Attorney for Defendant City of Chandler and Chandler Police Department*

LLG NATIONAL LAW GROUP P.C.

By: */s/ Blake Wilkie (with permission)*
Blake Wilkie, Esq.
Phoenix Corporate Tower
3003 N. Central Avenue, Suite 685
Phoenix, AZ 85012
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Blake Wilkie, Esq.
LLG National Law Group P.C.
Phoenix Corporate Tower
3003 N. Central Avenue, Suite 685
Phoenix, AZ 85012
*Attorney for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

CHANDLER CITY ATTORNEY'S OFFICE

By: */s/ Kellie Evans*
Kellie Evans, Paralegal