**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kelly Vanessa Woods,

Plaintiff,

v.

City of Chandler, *et al.*,

Defendants.

No. CV-26-04095-PHX-JJT

**ORDER**

At issue is the Parties' Stipulation Regarding Filing of First Amended Complaint and Extension of Time to Respond (Second Request) (Doc. 11). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation Regarding Filing of First Amended Complaint and Extension of Time to Respond (Second Request) (Doc. 11).

**IT IS FURTHER ORDERED** Plaintiff is permitted to file a First Amended Complaint based on the Chandler Defendants' written consent, and the Chandler Defendants shall answer or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure to the First Amended Complaint within thirty (30) days after service of the First Amended Complaint.

Dated this 30th day of July, 2026.

Honorable John J. Tuchi
United States District Judge