**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kelly Vanessa Woods,

Plaintiff,

v.

City of Chandler, *et al.*,

Defendants.

No. CV-26-04095-PHX-JJT

**ORDER**

After review of the docket, the Court notes that the parties have twice requested, and the Court has twice granted, additional time after conferral. (Docs. 8, 11.) In both instances, the parties stipulated to the need for additional time for Plaintiff to file a First Amended Complaint and for Defendant to file an Answer thereafter. All very well, except for the fact that the docket now lies dormant for nearly 60 days, with nary a filing from the parties.

No longer. The Court hereby orders that the case proceed: up or out. The parties are ordered to submit a joint status report and/or for Plaintiff to show cause for the delay in filing the First Amended Complaint. If neither filing appears on the docket within ten days from the date of this Order, the Court will direct the Clerk of Court to dismiss the complaint for failure to prosecute under Fed. R. Civ. P. 41(b) and to close the case.

. . . .

. . . .

**IT IS HEREBY ORDERED** that the parties must file a joint status report and/or for Plaintiff to file show cause for the delay in filing the First Amended Complaint. If neither filing appears within **ten (10) days**, the Clerk of Court is directed to dismiss the Complaint and close this case.

Dated this 25th day of September, 2026.

Honorable John J. Tuchi
United States District Judge