UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

KELLY VANESSA WOODS, individually and as Personal Representative of the Estate of Messiah Deasure-Shamyl McMillian, deceased,

*Plaintiff(s)*

-v-

CITY OF CHANDLER, a municipal corporation; CORT GRESSLEY, individually; NATHAN TOWNSEND, individually; OFFICER MEADE, individually; SERGEANT ROWTON, individually; and DOES I-X, individually,

*Defendant(s)*

Case No.: CV-26-04095-JJT

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** the Plaintiff, KELLY VANESSA WOODS, by and through undersigned counsel, and respectfully submits this Response to the Court's Order to Show Cause issued on September 25, 2026 (Doc. 13), and in support states:

1. On June 10, 2026, undersigned counsel filed the Complaint (Doc. 1) in this matter. On June 26, 2026, counsel for the Defendants filed his Notice of

Appearance (Doc. 7). On July 6, 2026, counsel for the Defendants sent a letter to the Plaintiff's counsel setting forth several possible deficiencies in the Complaint and offering a meet and confer "to further discuss this matter and the deficiencies in the Complaint to determine if the defects can be cured by filing an amended complaint."

2. Defendants' counsel filed a Stipulation for Extension of Time to Answer Complaint (Doc. 7) (consented to by Plaintiff's counsel) on July 14, 2026. The Court issued two Orders (Docs. 8 & 9) granting the Parties' Stipulation for Extension to File a Responsive Pleading.

3. On July 28, 2026, Plaintiff's and Defendants' counsels held a meet and confer on MS Teams and agreed to file a Joint Stipulation re Filing of First Amended Complaint and Extension of Time to Respond. On July 29, 2026, this Stipulation was in fact filed (Doc. 11). The Court on July 30, 2026 then issued an Order Granting the Parties' Stipulation (Doc. 12).

4. During the next eight weeks, the Plaintiff's legal team had to research multiple complex and nuanced legal issues surrounding the Complaint and the alleged deficiencies raised by Defense counsel. Additionally, the attorneys for the Plaintiff each bears a very heavy caseload of nearly or more than 100 cases each, many of which are deep into litigation in various federal and state courts. This meant that more time passed by without the filing of a First Amended Complaint than anyone on the Plaintiff's legal team intended or

desired. This passage of time was not intended to unduly delay or impede the proceedings but was simply a matter of resources spread thin. Plaintiff's legal team accepts full responsibility for this delay in filing and would like to apologize to this Court, our client, and Defense counsel for this delay in filing. We will redouble our efforts to comply with all Court orders, local rules, and professionalism standards going forward.

5. Early in the morning of September 25, 2026, Plaintiff's counsel sent a status e-mail to Defense counsel advising him that the First Amended Complaint would likely be filed in one to two weeks. Later that same day, this Court issued an Order requiring the "parties must file a joint status report and/or for Plaintiff to file show cause for the delay in filing the First Amended Complaint" within ten days. (Doc. 13).

6. Today, on October 05, 2026, Plaintiff's counsel filed the First Amended Complaint (Doc. 14) along with the instant Response to Order to Show Cause (Doc 15.)

Respectfully Submitted,

Dated: October 05, 2026

**LLG NATIONAL LAW GROUP**

By: /s/ Blake Wilkie
Blake Wilkie, Esq.
Phoenix Corporate Tower
3003 N. Central Avenue, Suite 685
Phoenix, AZ 85012
T: (602) 960-9400

E: Blake.wilkie12@gmail.com
Attorney for Plaintiff

**LLG NATIONAL LAW GROUP**



______________________________
Robert S. Mactavish, Esq.
Florida Bar Number 0596388
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
P: 575-517-6542
robert.mactavish@llgnational.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

**LLG NATIONAL LAW GROUP**

/s/ Nawal Ramay
Nawal Ramay, Esq.
525 Route 73 North, Suite 104
Marlton, NJ 08053
T: (856) 652-2000
E: nawal.ramay@llgnational.com
Attorney for Plaintiff
[Pro Hac Vice Application Pending]

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

Robert S. Mactavish