**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kelly Vanessa Woods,

Plaintiff,

v.

City of Chandler, *et al.*,

Defendants.

No. CV-26-04095-PHX-JJT

**ORDER**

At issue is Defendant City of Chandler's Motion for Extension of Time Re: Responsive Pleading (Unopposed; Third Request) (Doc. 26). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant City of Chandler's Motion for Extension of Time Re: Responsive Pleading (Unopposed; Third Request) (Doc. 26). Defendant City of Chandler has until **December 14, 2026**, to file an answer or otherwise respond to Plaintiff's First Amended Complaint (Doc. 14).

Dated this 23rd day of October, 2026.

Honorable John J. Tuchi
United States District Judge